| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ERIC P. ISRAEL (State Bar No. 132426)<br>eisrael@DanningGill.com<br>SONIA SINGH (State Bar No. 311080)<br>ssingh@DanningGill.com<br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>Telephone: (310) 277-0077<br>Facsimile: (310) 277-5735<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Plaintiff Brad D. Krasnoff, Chapter 7 Trustee | **FILED & ENTERED**<br><br>**AUG 21 2020**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bakchell **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*Los Angeles* DIVISION**

| In re:<br><br>SERAPIO VENEGAS,<br><br>                                           Debtor(s)<br><br>BRAD D. KRASNOFF, Chapter 7 Trustee,<br><br>                                           Plaintiff(s)<br>vs.<br><br>SERAPIO VENEGAS, an individual,<br><br>                                           Defendant(s) | CASE NO.: 2:19-bk-13181-RK<br><br>CHAPTER: 7<br><br>ADVERSARY NO.: 2:20-ap-01106-RK<br><br>**DEFAULT JUDGMENT**<br>**(WITHOUT PRIOR JUDGMENT)**<br><br>DATE: 08/18/2020<br>TIME: 2:30 p.m.<br>COURTROOM: 1675<br>PLACE: 255 East Temple Street<br>            Los Angeles, California 90012 |

Based on the Defendant's failure to respond to the Complaint, the court renders its judgment as follows:

1. Judgment shall be entered in favor of Plaintiff (*specify name*): Brad D. Krasnoff, Chapter 7 Trustee
   and against Defendant (*specify name*): Serapio Venegas

2. a. ☐ Plaintiff is awarded damages in the following amount:           $0.00
   b. ☐ Plaintiff is awarded costs in the following amount:              $0.00
   c. ☐ Plaintiff is awarded attorney fees in the following amount:      $0.00
   d. ☐ Plaintiff is awarded interest at the rate of _____% per year from the following date to the date of entry of this judgment (*specify date from which interest shall begin to run*): _____

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                              Page 1                              F 7055-1.2.DEFAULT.JMT

e. ☒ Plaintiff is granted the following relief (*specify*):
Defendant Serapio Venegas's discharge is denied under 11 U.S.C. § 727(a)(2)(A), (a)(3), (a)(4)(D), (a)(5), (a)(6)(A) and (a)(11).

☐ See attached page

3. ☐ This judgment or claim is determined to be non-dischargeable under: ☐ Bankruptcy Code §523(a) _____
   ☐ Other (*specify*):

4. ☐ The court further orders:

☐ See attached page

###

Date: August 21, 2020

_____
Robert Kwan
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    F 7055-1.2.DEFAULT.JMT